IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN NICHOLAS COYLE,

    Plaintiff,               No. CIV S-04-2309 LKK KJM P

    vs.

CHARLOTTE HARRIS-WHITE, et al.,

    Defendants.        ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.

       Defendants Lane, Goodman, Tillman, Mitchell and Anderson ask for an extension of time to file a responsive pleading. Good cause appearing, the request will be granted and these defendants will be directed to file a responsive pleading within fifteen days of this order.

       Plaintiff has requested an extension of time within which to complete service of process on defendants Harris-White and Cooper.[1] Plaintiff has also filed a request to proceed in forma pauperis and asks that the United States Marshal serve defendants Harris-White and Cooper on plaintiff's behalf. Good cause appearing, plaintiff's requests will be granted.

/////

---

[1] Plaintiff also asks for an extension to complete service on defendant Steber. However, Steber filed his answer on July 6, 2006.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The June 21, 2006 request for extension of time to file a responsive pleading by defendants Lane, Goodman, Tillman Mitchell and Anderson is granted.

2. Defendants Lane, Goodman, Tillman Mitchell and Anderson shall file a responsive pleading within fifteen days of this order.

3. Plaintiff's request to proceed in forma pauperis is granted.

4. The United States Marshal will be directed to serve defendants Harris-White and Cooper.

5. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed October 29, 2004.

6. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 each for defendant Harris-White and Cooper; and

   d. Three copies of the endorsed complaint filed October 29, 2004.

7. Plaintiff need not attempt service on defendants Harris-White and Cooper and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: August 29, 2006.

UNITED STATES MAGISTRATE JUDGE

1
coyl2309.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN NICHOLAS COYLE,

        Plaintiff,                                      No. CIV-S-04-2309 LKK KJM P

    vs.

CHARLOTTE HARRIS-WHITE,                          NOTICE OF SUBMISSION

        Defendants.                                     OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__        completed summons form

        __2__        completed USM-285 forms

        __3__        copies of the __10/29/04__
                                              Complaint

DATED:

                                                          Plaintiff