IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN NICHOLAS COYLE,

    Plaintiff,                  No. CIV S-04-2309 LKK KJM P

    vs.

CHARLOTTE HARRIS-WHITE, et al.,    ORDER

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief under 42 U.S.C. § 1983. On April 5, 2006 the court found that it would not order service of process on defendant Burgess. Plaintiff has asked that the court reconsider that ruling. Based upon the information provided by plaintiff in his September 18, 2006 motion, and a second review of plantiff's complaint, the court finds that service of process is appropriate for defendant Burgess as plaintiff's complaint states a claim upon which relief may be granted against Burgess under the Eighth Amendment.

/////
/////
/////
/////
/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's September 18, 2006 motion for reconsideration is granted.

2. Service of process is appropriate for defendant Burgess.

3. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed October 29, 2004.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285; and

   d. Two copies of the endorsed complaint filed October 29, 2004.

5. Plaintiff need not attempt service on defendant Burgess and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve defendant Burgess pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: September 20, 2006.

UNITED STATES MAGISTRATE JUDGE

1
coyl2309.1(a)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN NICHOLAS COYLE,

      Plaintiff,                               No. CIV-S-04-2309 LKK KJM P

      vs.

CHARLOTTE HARRIS-WHITE              NOTICE OF SUBMISSION

      Defendants.                          OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       _1_      completed summons form

       _1_      completed USM-285 forms

       _2_      copies of the _10/29/04_
                                       Complaint

DATED:

                                                    Plaintiff