1  **FRANKLIN G. GUMPERT #66051**
   **BARKETT & GUMPERT**
2  **Attorneys at Law**
   2862 Arden Way, Suite 101
3  Sacramento, California  95825
   Telephone:  (916) 481-3683
4  Facsimile:  (916) 481-3948

5  Attorneys for Defendants
   PAM LANE, PAUL GODMAN, GARY MITCHELL,
6  JOHN ANDERSON and KRISTINE BURGESS

FILED

JAN - 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN NICHOLAS COYLE, Plaintiff, vs. CHARLOTTE HARRIS-WHITE, DR. STEBER, PAUL GODMAN, JOHN TILLMAN, GARY MITCHELL, JOHN ANDERSON, KRISTINE BURGESS, Defendants. _____/ | No. CV-04-2309-LKK-KJM-P STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT PAM LANE; ORDER |

IT IS HEREBY STIPULATED between the parties, Plaintiff SEAN NICHOLAS COYLE and Defendants GREGG STEBER, M.D., CHARLOTTE HARRIS-WHITE and TERRY COOPER, Defendant JOHN TILLMAN, and Defendants PAM LANE, PAUL GODMAN, GARY MITCHELL, JOHN ANDERSON and KRISTINE BURGESS, that Defendant PAM LANE shall be dismissed as a party defendant, with prejudice.

DATED: December ___, 2006

                        By:  /s/ Sean Nicholas Coyle
                             SEAN NICHOLAS COYLE
                             Plaintiff In Pro Se

1

STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT PAM LANE

| | | |
|---|---|---|
| 1 | DATED: December 26, 2006 | TRIMBLE, SHERINIAN & VARANINI |
| 2 | | |
| 3 | By: | /s/ Jerome M. Varanini |
| 4 | | JEROME M. VARANINI, #58531<br>Attorneys for Defendants |
| 5 | | DR. STEBER and CHARLOTTE HARRIS-WHITE |
| 6 | DATED: December 20, 2006 | CAULFIELD, DAVIES & DONAHUE |
| 7 | | |
| 8 | By: | /s/ Brian C. Haydon |
| 9 | | BRIAN C. HAYDON, #154515<br>Attorneys for Defendant |
| 10 | | JOHN TILLMAN |
| 11 | DATED: December 5, 2006 | BARKETT & GUMPERT<br>Attorneys at Law |
| 12 | | |
| 13 | By: | /s/ Franklin G. Gumpert |
| 14 | | FRANKLIN G. GUMPERT, #66051<br>Attorneys for Defendants PAM LANE, PAUL GODMAN, GARY MITCHELL, JOHN |
| 15 | | ANDERSON and KRISTINE BURGESS |

**ORDER**

The parties having stipulated and good cause appearing therefor, IT IS SO ORDERED.

DATED: 1/4/07

_____
MAGISTRATE JUDGE

2

STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT PAM LANE