IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN NICHOLAS COYLE,

      Plaintiff,                      No. CIV S-04-2309 LKK KJM P

      vs.

CHARLOTTE HARRIS-WHITE, et al.,

      Defendants.            <u>ORDER</u>

      Plaintiff's pretrial statement is due on August 15, 2007.  Plaintiff has filed a motion asking for an extension of time of approximately four months to file his pretrial statement because plaintiff is a defendant in several criminal cases scheduled for trial over the course of the next several months.  Defendants Harris-White and Cooper do not object to delaying these proceedings so that plaintiff may focus on his pending criminal matters.  Defendant Steber has not filed a response to plaintiff's request.

/////

/////

/////

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The dates currently established for the filing of pretrial statements, pretrial conference and trial are vacated.

2. This matter is stayed.

3. Plaintiff shall file a status report in 120 days indicating whether he is ready to proceed in this action and if not, why not.

4. The Clerk of the Court is directed to administratively close this case.

DATED: August 9, 2007.

_____
U.S. MAGISTRATE JUDGE

1
whit2309.sty