IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN NICHOLAS COYLE,

      Plaintiff,                    No. CIV S-04-2309 LKK KJM P

   vs.

CHARLOTTE HARRIS-WHITE, et al.,

      Defendants.        ORDER

_____/

      Plaintiff filed his pretrial statement on December 14, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. The stay imposed in this action on August 10, 2007 is lifted; and

      2. The remaining defendants shall file their pretrial statements within twenty days.

DATED: January 10, 2008.

_____
U.S. MAGISTRATE JUDGE

1
coyl2309.pts