IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN NICHOLAS COYLE,

      Plaintiff,                        No. CIV S-04-2309 LKK KJM P

      vs.

CHARLOTTE HARRIS-WHITE, et al.,

      Defendants.           ORDER

_____/

      Plaintiff has requested an extension of time to file and serve an opposition to defendants' July 17, 2008 motion to consolidate. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for an extension of time (docket no. 83) is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' July 17, 2008 motion to consolidate.

DATED: August 19, 2008.

_____
U.S. MAGISTRATE JUDGE

1/ke
coyl2309.36