IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN NICHOLAS COYLE,

     Plaintiff,                     No. CIV S-04-2309 LKK KJM P

    vs.

CHARLOTTE HARRIS-WHITE, et al.,

     Defendant.              ORDER

_____/

     Defendant Steber has filed a motion for summary judgment.  In the court's November 30, 2006 scheduling order, the parties were informed that the deadline for filing pretrial motions was May 15, 2007.  Defendant Steber has failed to explain why his motion for summary judgment was filed beyond the pretrial motion deadline.  Therfore, IT IS HEREBY ORDERED that defendant Steber's motion for summary judgment (#88) is denied.

DATED: February 25, 2009.

_____
U.S. MAGISTRATE JUDGE

1
coyl2309.msj