1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  SEAN NICHOLAS COYLE,
11          Plaintiff,                    No. CIV S-04-2309 LKK KJM P
12      vs.
13  CHARLOTTE HARRIS WHITE, et al.,
14          Defendants.                   <u>ORDER</u>
15  _____/
16          Plaintiff is a California prisoner proceeding pro se with an action for violation of
17  civil rights under 42 U.S.C. § 1983.  The court finds that appointment of counsel for plaintiff is
18  warranted.  Therefore, the court will appoint counsel and set this matter for a status hearing.
19  Both parties shall appear by counsel at the status hearing and be prepared to discuss how this
20  matter should proceed.
21          Accordingly, IT IS HEREBY ORDERED that:
22          1. Joe Ramsey is appointed as attorney for plaintiff.
23          2. This matter is set for a status hearing at 10:00 a.m. on April 8, 2009 before the
24  undersigned in Courtroom #26.  Both parties shall appear by counsel at the status conference and
25  shall be prepared to discuss how this matter should proceed.
26  /////

1    3. The Clerk of the Court is directed to serve a copy of this order upon Joe
Ramsey, 601 University Ave, Suite 250, Sacramento, CA, 95825.

DATED: February 27, 2009.

_____
U.S. MAGISTRATE JUDGE

1
coyl2309.31