IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN NICHOLAS COYLE,

        Plaintiff,                  No. CIV S-04-2309 LKK KJM P

    vs.

CHARLOTTE HARRIS-WHITE, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Pursuant to the stipulation filed by the parties on April 22, 2009, this matter is dismissed with prejudice.

DATED: April 29, 2009.

_____
U.S. MAGISTRATE JUDGE

1
coyl2309.dis